**Opinion filed September 25, 2020**



## In The

# Eleventh Court of Appeals

_____

## Nos. 11-20-00183-CR, 11-20-00184-CR, 11-20-00185-CR, & 11-20-00186-CR

_____

### GERARDO RIVAS JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1632180, 1632178, 1632179, & 1673098**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss in these four appeals. In each motion, Appellant states that he no longer desires to pursue his appeals from the trial court's orders denying bail because the trial court has now set a bond in these cases. Appellant acknowledges that the sole issue in each appeal is now moot, and he requests that the appeals be dismissed. In accordance with TEX. R. APP. P. 42.2, the motions are signed by Appellant and his counsel.

The motions are granted, and the appeals are dismissed.

PER CURIAM

September 25, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2